the aggregate exceed in any one year two per centum of the assessed valuation of the real and personal estate of such county or city, to be ascertained as prescribed in this section in respect to county or city debt."

*Isaac Adler* for appellant.

*Charles L. Pierce, Corporation Counsel,* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

---

CHARLES CAMPBELL, Respondent, *v.* ARTHUR L. D. WARNER, Appellant.

*Negligence — master and servant — motor vehicles — pedestrian struck and injured by automobile while crossing street — owner not liable where chauffeur was at the time using automobile for his own purposes without master's consent.*

*Campbell* v. *Warner,* 200 App. Div. 888, reversed.

(Argued December 12, 1922; decided January 9, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 1, 1922, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. Plaintiff was struck and injured by defendant's automobile while crossing Eighth avenue near Fifty-fourth street in the city of New York. Defendant resided on Eighty-ninth street, the car was kept at Eighty-fourth street and Broadway. On the day of the accident he arrived at his home in his car about five-thirty P. M. and directed his chauffeur to return at nine-thirty P. M. The chauffeur, without permission of his master, drove the automobile to his own home and from there to Twenty-sixth street on his own business. On his way uptown again at about seven P. M. the accident happened.

*Frederick Snow Kellogg* and *Charles Snow Kellogg* for appellant.

*Charles R. O'Connor* and *George L. Donnellan* for respondent.

Judgments reversed and complaint dismissed, with costs in all courts, on authority of *Der Ohannessian* v. *Elliott* (233 N. Y. 326) and *Fiocco* v. *Carver* (234 N. Y. 219).

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND McLAUGHLIN and ANDREWS, JJ. Absent: CRANE, J.

---

ELIZABETH DAY, Appellant, *v.* BROOKLYN CITY RAILROAD COMPANY et al., Respondents.

*Negligence — railroads — injury to passenger in collision between street car and truck.*

*Day* v. *Brooklyn City R. R. Co.*, 199 App. Div. 179, affirmed.

(Argued December 12, 1922; decided January 9, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 23, 1922, affirming a judgment in favor of defendants entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendants. Plaintiff claimed to have received such injuries in a collision between a street car belonging to defendant railroad and a milk truck belonging to the Sheffield Farms Company.

*Matthew W. Wood* for appellant.

*Andrew F. Van Thun, Jr.*, and *George D. Yeomans* for Brooklyn City Railroad Company, respondent.

*Arthur J. Peck* for Sheffield Farms Company, respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN and ANDREWS, JJ. Absent: CRANE, J.

---

HARRY BRANDORFF, Respondent, *v.* RODGERS & HAGERTY, INC., Appellant.

*Negligence — employee of contractor on work struck by locomotive on narrow gauge railroad maintained by another contractor.*

*Brandorff* v. *Rodgers & Hagerty, Inc.*, 201 App. Div. 837, affirmed.

(Submitted December 14, 1922; decided January 9, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 8, 1922, modifying and affirming as modi-